**FILED**

MAY 2 6 2009

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jessie Johnson,                          :

    Plaintiff,                          :

                    :

    v.                          :          Civil Action No.   **09 0977**

                    :

William K. Suter, Clerk of the United    :
States Supreme Court, *et al.*,          :

                    :

    Defendants.                          :

## MEMORANDUM OPINION

The plaintiff has filed a *pro se* complaint and an application to proceed *in forma pauperis*. The Court will grant the application to proceed *in forma pauperis* and dismiss the complaint.

The complaint sues the Clerk of the United States Supreme Court and another person in that office, seeking an order from this court compelling the Clerk to docket plaintiff's appeal. The United States Supreme Court has exclusive supervisory authority over its Clerk. This Court lacks jurisdiction to interfere with the United States Supreme Court's exclusive authority over its Clerk and, therefore, has no authority to direct the Clerk of Court for the United States Supreme Court to take any action in his official capacity or respecting his official duties. *See In re Marin*, 956 F.2d 339 (D.C. Cir. 1992) (*per curiam*). Therefore, this case will be dismissed for lack of subject matter jurisdiction.

A separate order accompanies this memorandum opinion.

Date: 15 May 2009

United States District Judge